IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19 CR 534 |
| | ) Title 18, United States Code, |
| JASON WHITE, | ) Sections 922(g)(1) and |
| | ) 924(a)(2) |
| Defendant. | ) JUDGE NUGENT |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about July 30, 2019, in the Northern District of Ohio, Eastern Division, JASON WHITE, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Robbery, on or about July 29, 2013, in Case Number CR-12-569752, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith & Wesson, Model 4006 STNLS, .40 caliber semi-automatic pistol, bearing serial number VBE8172; a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number KTE925; a Glock, Model 19, 9mm semi-automatic pistol, bearing serial number BEKB701; and a Davis Industries, Model P-380, .380 caliber semi-automatic pistol, bearing serial # AP116308, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.